U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2019R00745)

FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT - 2 2019

James N. Hatten, Clerk
By: Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.

MAGISTRATE CASE NO.

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: October 1, 2019 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
JUAN RAMIREZ, A/K/A JUAN RAMIREZ-SANCHEZ, A/K/A MENE

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
    Other charges:
    Name of institution:

**Will the defendant require an interpreter?** X Yes   No
**What language?** Spanish

District Judge:

Attorney:  Scott McAfee
Defense Attorney: