U.S. Department of Justice
United States Attorney

ORIGINAL

October 1, 2019
Date Submitted

FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT - 1 2019

James N. Hatten, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JUAN RAMIREZ, A/K/A JUAN RAMIREZ-SANCHEZ, A/K/A MENE

Indictment/Information

1:19CR389 -2

October 1, 2019
Date of Indictment

**REQUEST FOR ARRAIGNMENT – In Marshals Custody**

Juan Ramirez, 72657019
(Name)
Robert A. Deyton Detention Facility
(Institution)

September 27, 2019
(Date Verified)

ATTORNEY FOR DEFENDANT

Other defendants previously arraigned (or now set for arr.)

Scott McAfee
Assistant U.S. Attorney