AO 83 (12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

UNITED STATES OF AMERICA,

vs.

JUAN RAMIREZ - 72657019
a/k/a Juan Ramierez-Sanchez
a/k/a Mene

**SUMMONS IN A CRIMINAL CASE**

CASE NO. 1:19CR-389

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1810**<br>75 Spring Street, S.W.<br>Atlanta, Georgia  30303-3361 |
| BEFORE: | Honorable CATHERINE M. SALINAS<br>United States Magistrate Judge |
| DATE AND TIME: | OCTOBER 11, 2019<br>11:00 A.M. |

To answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of **Title 21, United States Code, Section(s) 841(a)(1)**

Brief description of the offense: POSSESSION W/I TO DISTRIBUTE CONTROLLED SUBSTANCES

AUSA:                                   Scott McAfee

Counsel for Defendant:       FDP

**PLEASE CONTACT PRETRIAL SERVICES IMMEDIATELY UPON RECEIPT OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM TO 5:00 PM, MONDAY THROUGH FRIDAY. TELEPHONE (404) 215-1900.**

October 4, 2019

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk